UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| Robert Calvin Craig SR | # |
| Plaintiff | |
| | Complaint |
| VS | For |
| | Declaratory |
| Novant Health | Relief |
| Defendant | |

Plaintiff Robert Calvin Craig SR respectfully moves the Court under Rule 8 of Civil Procedure for Declaratory Relief with prayer for immediate injunctive relief against the Defendant and the Plaintiff shows the following in support of Relief Requested, Trial by Jury is sought

(1)

JURISDICTION

The Court obtains jurisdiction to hear, allow and grant relief under 28 U.S.C. 2201 and to grant injunctive relief under 28 U.S.C. 1331. Joinder of UVA Health System as owner of Novant Health may apply by Novant defending claim

1

## PARTIES

1. THE PLAINTIFF Robert C. Craigor is a resident of Charlotte N.C. in the County of Mecklenburg at: 1101 Lakemist Dr Apt D. 28217

(2-A)

THE DEFENDANT Novant Health is a Health Care Corporation in Forsyth County, The City of Winston Salem. Service shall be upon C.E.O. Carl S. Armato, 2085 Frontis Plaza Blvd Winston Salem N.C. 27103

## 3

### STATEMENT OF CLAIM

On June 1st 2020, the Plaintiff underwent major surgery. The Plaintiff consented to minimal-invasive (Robtic Surgery). During the first hour of surgery the surgeon for unknown reason could not due the Surgery as the Plaintiff was advised - see Exibit (A) hereto record of Duke University. The Plaintiffs entire Colon, Rectum and other Organs were fully removed. Item (B) Spinal Injury also

The Plaintiff began asking for a full copy of his Medical Records from Novant Health June 20th 2020. The Plaintiff did not given a response therefore the Plaintiff wrote to Novant Health on July 1 2020 offering to pay for a full copy of his records

(Emphasis for understanding of the Court)

Atrium Health had planned to place a stimulator device in the spine and lower body that would have possible "restored" bowel control. Plaintiffs primary provider at Novant sent the Plaintiff to the Surgeon — a 1st year medical school graduate for a 2nd opinion, where Robotic minimal invasive was claimed.

The Plaintiff received 2 Disc from Novant Health on or about July 10th 2020. These Disc are 100% Blank - (no records). These are retained.

The Plaintiff sought medical records by mail, phone email and had 2 Charlotte attorneys attempt to gain the Plaintiff medical records. The Plaintiff sought legal assistance for possible action against the Novant Surgeon.

Multiple attorney interviewed the Plaintiff yet could not obtain medical records. During the past 4 years the Plaintiffs condition worsened to include caening assistance at Duke University.

The Plaintiff lost his house, car, family pets and moved to affordable housing.

Due to Statue of Limitations a Pro-Se medical complaint was filed claiming Gross negligence against the Surgeon.

3

"NO CLAIM OF MALPRACTICE WAS ASSERTED" YET 2 CHARLOTTE ATTORNEYS HIRED BY THE SERGEUNT WHO HAS NOW MOVED TO FLA, HAD THE PRO-SE COMPLAINT DISMISSED AS NO RECORDS COULD BE OBTAINED.

DURING THE LAST YEAR THE PLAINTIFF WHILE ATTEMPTING TO LITIGATE HIS COMPLAINT HAS SUFFERED SEVERE ABUSE BY BOTH ATRIUM & NOVANT HOSPITALS

A MANDAMUS WAS FILED IN THE U.S. FORTH CIRCUIT COURT OF APPEALS ASKING FOR F.B.I. INVESTIGATIVE SERVICE # 24-2247

A "HIPAA CLAIM" FOR RECORDS WAS SOUGHT, NOVANT CLAIMED THE 2 BLANK DISC WERE PROVIDED. FN-1 THE PLAINTIFF HAS ATTEMPTED EVERY AVAILABLE WAY TO GAIN HIS NOVANT MEDICAL RECORDS. THIS CLAIM IS THE "ONLY" AVAILABLE WAY TO OBTAIN MY NOVANT RECORDS

## 4 RELIEF

THE PLAINTIFF REQUEST THE HONORABLE COURT ISSUE A ORDER UPON NOVANT HEALTH (VIA) C.E.O. CARL S. ARMATO TO RELEASE A FULL TRUE PAPER COPY OF THE PLAINTIFFS NOVANT MEDICAL RECORDS FROM JAN. 1. 2020 TO THE CURRENT DATE OF FEB. 11TH 2020.

FURTHER THE PLAINTIFF PRAYS FOR -

FN-1 I OFFERED THE 2 DISC FOR VIEWING IN STATE COURT YET THE JUDGE DECLINED TO VIEW THEM

4

A ORDER TO ALSO ISSUE ON THE DEFENDANT TO CEASE ALL RETALIATORY ACTS SUCH AS REFUSAL TO REFILL PLAINTIFFS MEDICATION. OSTOMY SUPPLIES. (FN-2) REFUSING TO SEE THE PLAINTIFF IN THE EMERGENCY ROOM, REQUIRING THE PLAINTIFF TO SIT HOURS WAITING FOR NEEDED I.V. FLUIDS AND MEDICAL CARE. (I HAD FEEDING TUBES 8 MONTHS)!

## 4-1 IMMEDIATE RELIEF

IMMEDIATE RELIEF TO PLEASE ACCEPT THIS "FREE WRITTEN" COMPLAINT AS I "MADE ERRORS" IN THE COURT PROVIDED FORMS AND RELIEF IS NEEDED W/O DELAY.

## 5 VERIFICATION

I Robert C. CRAIG UR ATTEST MY COMPLAINT IS TRUE AND OF IMMEDIATE NEED. SIGNED UNDER PENALTY OF PERJURY THE 11TH DAY OF FEB 2025

S. Robert Calvin Craig Jr
Robert CALVIN CRAIG UR
1101 LAKEMIST DR APT D
Charlotte N.C. 28217

FN-2 NOVANT RESENTLY ALLOWED ALL OSTOMY SUPPLIES TO RUN OUT. I HAD NO OSTOMY BAGS I COULD NOT LEAVE HOME

5